IN THE SUPREME COURT OF THE STATE OF NEVADA

JOAN BARASH,

        Appellant,

vs.

DESERT PALACE, INC., D/B/A
CAESARS PALACE,

        Respondent.

No. 84382

**FILED**

JUN 13 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Tara D. Clark Newberry, District Judge
      Kristine M. Kuzemka, Settlement Judge
      Wilshire Law Firm/Las Vegas
      Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-18685